

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/21/2021

| | | |
|---|---|---|
| IN RE: | § | |
| PARAGON GLOBAL, LLC, *et al*, | § | CASE NO: 17-36605 |
| Debtors. | § | |
| | § | CHAPTER 7 |
| | § | |
| CORVAL BUILDERS & ERECTORS, INC., | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 19-3458 |
| | § | |
| PARAGON FABRICATORS, INC., *et al*, | § | |
| Defendants. | § | |

## ORDER

1. Corval Builders & Erectors is granted partial summary judgment as follows:

   - Corval sustained damages totaling $1,631,585.00 as a result of Paragon Global, LLC's negligent or defective work;

   - As between Corval and the Trustee, Corval is legally and equitably subrogated to Paragon Global, LLC's claims, rights, and remedies under insurance policy MKL51M0050382, issued by Markel American Insurance Company;

   - Corval's unsecured claim of $1,631,585.00 is allowed, subject to reduction based on any recovery under the Markel Policy.

2. This Order does not deprive Markel American Insurance Company of any defenses.

SIGNED 01/21/2021

Marvin Isgur
United States Bankruptcy Judge